No. 915. W. E. GRACE MANUFACTURING CO. ET AL. *v.* BROS INC. C. A. 5th Cir. Certiorari denied. *Channing L. Richards* for petitioners. *Andrew E. Carlsen* for respondent.

No. 925. CHANDLER, U. S. DISTRICT JUDGE *v.* TEXACO, INC. C. A. 10th Cir. Certiorari denied. *Gus Rinehart* for petitioner. *George W. Jansen* for respondent.

No. 929. COMMONWEALTH OIL REFINING CO., INC. *v.* MARTINEZ ET AL. Sup. Ct. P. R. Certiorari denied. *Stuart Rothman* and *Rubén Rodríguez-Antongiorgi* for petitioner.

No. 930. DICKER ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *George Cochran Doub, Sheldon E. Bernstein* and *Thomas A. Flannery* for petitioners. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *A. Donald Mileur* for the United States.

No. 943. RANGEN, INC., ET AL. *v.* STERLING NELSON & SONS, INC. C. A. 9th Cir. Certiorari denied. *Peter W. Billings* for petitioners. *Paul H. Ray* for respondent.

No. 976. KAM HON HO ET AL. *v.* KAM MOON KAM ET AL. C. A. 9th Cir. Certiorari denied. *Leon L. M. Chun* and *W. Y. Char* for petitioners. *Herbert Y. C. Choy* for respondents.

No. 983. NORTHWEST AIRLINES, INC. *v.* ALASKA AIRLINES, INC. C. A. 9th Cir. Certiorari denied. *Bernard M. Shanley* for petitioner. *William J. Junkerman* for respondent.